UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, etc., <br> Plaintiff, <br><br> vs. <br><br> ANTOINETTE DOTTORE, <br><br> Defendant. | CASE NO. 1:07CV3359 <br><br> JUDGE CHRISTOPHER A. BOYKO <br><br> <u>ORDER OF DISMISSAL</u> |

<u>CHRISTOPHER A. BOYKO, J.</u>:

On May 19, 2008, this Court issued an Order for Plaintiff to show cause why Defendants, Commonwealth Financial Services, Inc. and "John Doe," should not be dismissed. Plaintiff has not demonstrated good cause why service was not perfected upon Defendant, Commonwealth Financial Services, Inc., although more than six months have passed since the Complaint was filed on October 30, 2007. In addition, Plaintiff has not identified Defendant "John Doe", nor moved for dismissal or default as to Defendant "John Doe."

Therefore, the above-captioned Foreclosure Complaint is dismissed as to Defendant, Commonwealth Financial Services, Inc., and Defendant "John Doe."

IT IS SO ORDERED.

DATE: 5/27/08

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge