UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Deutsche Bank National Trust Co., | ) | CASE NO. 1:07CV3359 |
| | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| Antoinette Dottore, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has filed its OPINION AND ORDER, entering Summary Judgment in favor of Plaintiff and against Defendant in the above-captioned matter. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58. The Court retains jurisdiction to take all steps necessary to implement the judgment in accordance with Amended General Order No. 2006-16.

**IT IS SO ORDERED.**

DATE: 5/27/08

HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE